Submitted on record and briefs June 28, reversed and remanded
September 18, 1996

## FRANKLIN MILES MEZICK,
*Appellant,*

*v.*

## Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(95-06-27327-M; CA A89427)

922 P2d 1279

Franklin M. Mezick filed the brief *pro se* for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Christine Chute, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.